Mary Brady, as Administratrix, etc., Appellant, v. John W. Clark, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Benz Auto Import Company of America, Appellant, v. Jesse Froehlich, Respondent.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John S. Sammis, Respondent, v. Leon P. Brown, Individually and as President and Treasurer of Swasey & Company, Inc., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Terpezone Company, Respondent, v. Knox Terpezone Company of America and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Union Trust Company of New Jersey, Respondent, v. William R. Jenkins Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ray Sinai, Respondent, v. Joseph Karp, Impleaded with Simon S. Rosenstamm, Appellant. Mollie Sinai, Respondent, v. Joseph Karp, Impleaded with Simon S. Rosenstamm, Appellant.— Judgments and orders appealed from affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Cornelius M. Garrison, Appellant, v. Robert M. Thompson, Respondent. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Innovation Ingenuities, Inc., Appellant, v. New York Times Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John T. Condon v. Exton Hall Brokerage and Vessel Agency.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Fay St. Clair v. Sam Howe.— Application denied, with ten dollars costs. Order signed. Present — Ingraham P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.